IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PHILLIP J. EDWARDS,

    Plaintiff,

v.                                                        4:19cv6-WS/CJK

JIMMY PATRONIS,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 4) docketed January 29, 2019. The magistrate judge recommends that the plaintiff's complaint be dismissed as frivolous pursuant to 28 U.S.C. § 1915A. The plaintiff has filed objections (ECF No. 5) to the magistrate judge's report and recommendation.

Having reviewed the record in light of the plaintiff's objections, the court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 4) is hereby ADOPTED and incorporated by reference into this order.

2. This consolidated action is DISMISSED as frivolous under 28 U.S.C. § 1915A.

3. The clerk shall enter judgment stating: "All claims are dismissed as frivolous."

4. The clerk shall close the consolidated cases, Case No. 4:19cv6–WS–CJK and Case No. 4:19cv7–RH–CJK.

DONE AND ORDERED this   27th   day of   February  , 2019.

s/ William Stafford  
WILLIAM STAFFORD  
SENIOR UNITED STATES DISTRICT JUDGE